# LICHTEN & LISS-RIORDAN, P.C.

HAROLD L. LICHTEN×
SHANNON LISS-RIORDAN×∆◊
SARAH SCHALMAN-BERGEN▪
MATTHEW W. THOMSON×
ADELAIDE H. PAGANO×

THOMAS P. FOWLER×◊
OLENA SAVYTSKA×
ANNE KRAMER×∆
MICHELLE CASSORLA×^☼
ZACHARY RUBIN×◊^♦
ANASTASIA DOHERTY×
TARA BOGHOSIAN×
MATTHEW PATTON×
KRYSTEN CONNON^▪
BENJAMIN J. WEBER×□ OF COUNSEL

ATTORNEYS AT LAW

729 BOYLSTON STREET, SUITE 2000
BOSTON, MASSACHUSETTS 02116

TELEPHONE 617-994-5800
FACSIMILE 617-994-5801

WWW.LLRLAW.COM

× ADMITTED IN MASSACHUSETTS
∆ ADMITTED IN CALIFORNIA
◊ ADMITTED IN NEW YORK
▪ ADMITTED IN PENNSYLVANIA
^ ADMITTED IN NEW JERSEY
♦ ADMITTED IN CONNECTICUT
☼ ADMITTED IN DISTRICT OF COLUMBIA
□ ADMITTED IN TENNESSEE

November 24, 2021

<u>VIA ECF</u>
Hon. Jesse Furman
United States District Court for the
Southern District of New York
40 Centre Street, Room 2202
New York, NY 10007

Re: <u>Roberts v. International Business Machines Corp.</u>, No. 1:21-CV-09717

Dear Judge Furman:

    I represent the Plaintiff in the above-referenced matter. I write to respectfully request that this matter be closed as a duplicate and the filing fee refunded. When filing the Complaint in this case, my office inadvertently designated the Defendant, IBM, as the "debtor" rather than the "defendant." At the suggestion of the clerk's office, we have since filed a new case for this Plaintiff with IBM correctly designated as "defendant," which is Case No. 1:21-cv-09719. Thank you for your consideration.

Respectfully submitted,

/s/ Shannon Liss-Riordan
Shannon Liss-Riordan

*Attorney for Plaintiffs*

Application GRANTED.  The Clerk of Court is directed to close the case and refund the filing fee.

SO ORDERED.

*[signature]*

November 24, 2021